## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHIRLEY ELLERBE,** | **CIVIL ACTION** |
| Plaintiff, | |
| *v.* | **No. 21-1641-KSM** |
| **CHESTER DOWNS AND MARINA, LLC,** *d/b/a Harrah's Philadelphia Casino & Racetrack*, | |
| Defendant. | |

## <u>ORDER</u>

**AND NOW** this 17th day of November, 2021, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 13), Plaintiff's opposition brief (Doc. No. 16), and Defendant's reply brief (Doc. No. 17), it is **ORDERED** that the motion is **GRANTED** and **JUDGMENT** is **ENTERED** in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.